ZBIGNIEW S. ROZBICKI *v.* HELEN HUYBRECHTS

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 131, is granted, limited to the following issue:

"Does the plaintiff's absence from voir dire in a civil trial require a new trial absent a showing of prejudice?"

*John P. Febbroriello,* in support of the petition.

*Wesley W. Horton* and *Karen Murdoch,* law student intern, in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* RICHARD PLASKONKA

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 207, is denied.

*Richard Plaskonka,* pro se, and *Timothy H. Everett,* in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* KEVIN LIVINGSTON

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 216, is denied.

*Martin Zeldis,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided September 18, 1990